IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RALINK TECHNOLOGY CORP., | |
| Plaintiff, | |
| v. | Civil Action No. 10-CV-000688 |
| LANTIQ, DEUTSCHLAND GMBH, | **JURY TRIAL DEMANDED** |
| Defendant. | |

**PLAINTIFF RALINK TECHNOLOGY CORPORATION'S
NOTICE OF PARTIES WITH FINANCIAL INTEREST**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, undersigned counsel for Plaintiff Ralink Technology Corp. ("Ralink") hereby certifies that the following are corporate parents of the parties:

Plaintiff Ralink does not have a parent corporation.

No publicly held corporation owns 10 percent or more interest of Ralink.

Dated: November 8, 2008

PERKINS COIE LLP

*/s/ Christopher G. Hanewicz*
John S. Skilton
Christopher G. Hanewicz
1 East Main Street, Suite 201
Madison, Wisconsin 53703-5118
P: 608-663-7460
jskilton@perkinscoie.com
chanewicz@perkinscoie.com
danstaett@perkinscoie.com

*Attorneys for Plaintiff Ralink*

Of Counsel:

William H. Wright
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Telephone: 213-612-2478
Facsimile: 213-612-2499
Email: wwright@orrick.com

Steven J. Routh
Sten Jensen
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005
Telephone: 202-339-8436
Facsimile: 202-339-8500
Email: srouth@orrick.com
sjensen@orrick.com